# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DEBORAH K. KIRKLAND | ) | Case No. 5:14-MJ-2217 |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: 301 GREEN STREET FAYETTEVILLE, NC 28302 | Courtroom No.: 3RD FLOOR |
| | Date and Time: 10/08/2015 08:00 |

This offense is briefly described as follows:
FAILURE TO APPEAR FOR IA SCHEDULED FOR 7/9/2015
Count 1: DWI

Date: 09/01/2015

*Issuing officer's signature*

Robert T. Numbers II, US Magistrate Judge
*Printed name and title*

---

**Proof of Service**

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks: