UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-2217

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEBORAH K. KIRKLAND | WAIVER OF APPEARANCE<br>(Plea of Guilty) |

1. I, DEBORAH K. KIRKLAND, am the Defendant in the above-referenced matter.

2. In accordance with Federal Rule of Criminal Procedure 43 (b)(2) and Local Rule of Practice and Procedure 43.1, I hereby waive my right to appear and designate the undersigned counsel or another attorney from the Office of the Federal Public Defender to appear on my behalf. I waive my right to be present for arraignment, plea, trial, and the imposition of sentence. I consent to have my case heard by the magistrate judge; and waive any right that I might have to be tried and sentenced by a district judge. I waive my right to a jury trial, to testify in person, and to face my accusers. By signing this waiver and designation, I hereby grant the undersigned counsel, or another attorney from the Office of the Federal Public Defender, full authority to enter a plea of guilty, not guilty or nolo contendere to the offense charged, or to a lesser offense or offenses in lieu thereof.

3. The circumstances which justify the approval of this written waiver of appearance by the court include the fact that I live in Iowa.

4. I have received a copy of my charging documents and understand that I am charged by criminal information filed on September 10, 2014, with:

Count 1:   Driving While Impaired, in violation of N.C.G.S. § 20-138.1 as assimilated by 18 U.S.C. § 13, a misdemeanor offense punishable by not more than six months imprisonment, a $1,000 fine, or both such fine and imprisonment, and a $10 special assessment.

Scanned by CamScanner

5. In exchange for my plea of guilty to Count 1 of the Information as a Level 5 DWI, the government has agreed to recommend the following sentence: 24 hours community service, one year of probation, an alcohol assessment, a $200 fine, and a $10 special assessment.

6. I hereby tender a plea of Guilty to the offense of Driving While Impaired, Level 5, and I understand that my plea of Guilty will permit a finding of guilty to this offense.

7. I understand that the above agreement does not bind the court and that the court may sentence me up to the maximum penalty allowed by law for the offense of Driving While Impaired..

8. I hereby agree to tender any fine and special assessment, payable by cash or money order if the court accepts the agreement between the parties, or as set by the judge.

9. I do not have a North Carolina driver's license.

10. I agree to be bound by the decision of this court and the entry of judgment subject to the right of appeal as in any other case of adjudication.

_____  
Deborah K. Kirkland

Date: Aug 3rd 2017

_____  
Robert E. Waters  
ATTORNEY FOR DEFENDANT

Date: 9 August 2017

I consent to this action:

_____  
Captain Rachel Arment  
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 9 August 2017

I approve this tender of guilty plea.

_____  
Robert T Numbers II  
UNITED STATES MAGISTRATE JUDGE

Date: 6/9/17

Scanned by CamScanner