U.S.A. vs. Deborah K. Kirkland　　　　　　　　　　　　　　　　　　　　　　　Docket No. 5:14-MJ-2217-1

## Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deborah K. Kirkland, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on August 9, 2017, to 12 months probation under the conditions adopted by the court.

On August 31st, 2018, the conditions of release were modified to include a drug aftercare, mental health, and alcohol abstinence condition, as well as a search condition after the defendant tested positive for Marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant originally pled guilty by waiver and is currently being supervised by U.S. Probation Officer, Breanna Johnson, in the Southern District of Iowa. According to Ms. Johnson, the defendant missed her fourth urinalysis test with her treatment provider. As a sanction for this conduct, Ms. Johnson has requested a 24-hour jail sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. You must serve a one day jail sentence (24 hours) at the Rock Island County Jail as directed by the U.S. Probation Office. At the discretion of the Probation Office, you must pay for all or part of the cost of the jail sanction.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　　　　　　　　true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　　　/s/ Mindy L. Threlkeld
Eddie J. Smith　　　　　　　　　　　　　　　　　　Mindy L. Threlkeld
Supervising U.S. Probation Officer　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2539
　　　　　　　　　　　　　　　　　　　　　　　　　　Executed On: April 09, 2018

### ORDER OF THE COURT

Considered and ordered on April 9, 2018.　　　It is further ordered that this document shall be filed and made part of the records in the above case.

*/s/ Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge